**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUZ DIZON VALLE, INDIVIDUALLY,
Appellant,

vs.

ALMA VERGARA-GONZALEZ,
INDIVIDUALLY; ROBERTO
CALDERON, INDIVIDUALLY; AND
GEICO INDEMNITY COMPANY,
Respondents.

No. 65324

**FILED**

DEC 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On August 28, 2015, this court entered an order reinstating briefing on an expedited basis and directing appellant to file the transcript request form within 7 days and the opening brief within 30 days. *See* NRAP 9(a). Appellant failed to comply with the order; accordingly on October 22, 2015, we entered a second order directing appellant to file and serve the transcript request form within 5 days and the opening brief and appendix within 15 days. We cautioned appellant that failure to file the required documents would result in the imposition of sanctions, up to and including dismissal of this appeal. *See* NRAP 9(a)(6); NRAP 31(d). To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37481

cc: Hon. Jerry A. Wiese, District Judge
Eva Garcia-Mendoza, Settlement Judge
Fassett & Cardoza
Law Offices of Katherine M. Barker
Ratzel & Associates, LLC
Eighth District Court Clerk